■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY JONES, Also Known as SCOTT MENNINGER, Appellant. [610 NYS2d 900] —Judgment unanimously affirmed. Memorandum: Defendant contends that the prosecutor's explanation for exercising a peremptory challenge with respect to a prospective juror was a pretext for purposeful discrimination. We disagree. The prosecutor provided a race-neutral reason for challenging that prospective juror, a substance abuse counselor at a correctional facility *(see, e.g., People v McArthur,* 178 AD2d 612, *lv denied* 79 NY2d 950). The prosecutor's comment on summation concerning the failure of defendant's brother to testify was not improper; defendant's brother would have been expected to provide material testimony to corroborate defendant's version of the incident *(see, People v Smith,* 166 AD2d 385, 386, *affd* 79 NY2d 779; *People v Ardale,* 173 AD2d 307, 308, *lv denied* 78 NY2d 961). (Appeal from Judgment of Supreme Court, Monroe County, Sirkin, J.—Robbery, 1st Degree.) Present—Pine, J. P., Fallon, Doerr, Davis and Boehm, JJ.